SALLY A. W. DAVID, an Infant, by RICHARD WITHERBEE, Her Parent, et al., Respondents, v. HELEN A. GRANGER, Defendant, and LEONARD S. DAVID et al., Appellants. (And Two Other Actions.) — Greenblott, J.

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur in memorandum by Greenblott, J.